UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

   v.          CASE NO. 03CR20039-002

HONG T. PHAN                                          DEFENDANT

**O R D E R**

Currently before the Court is a motion by Defendant to terminate her term of supervised release (doc. 228). Defendant indicates that she has made timely payments on her fine. The Government objects to Defendant's motion as she was convicted of a serious drug offense and has not stated a sufficient reason for early termination of his supervised release. (Doc. 230).

The Court finds that the benefits of supervised release to Defendant outweigh any burden upon her. After considering the factors set forth in 18 U.S.C. § 3553, the Court cannot find that termination of her supervised release is warranted. *See* 18 U.S.C. § 3583(e)(1). Accordingly, Defendant's motion (doc. 228) is hereby DENIED.

IT IS SO ORDERED this 30th day of January 2013.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE